JOHN R. SAHULCIK, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. WALTER REED, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Edward E. Kuebler,* for the petitioners.

*Messrs. Walter S. Pryga* and *Sam Weiss,* for the respondents.

January 18, 1966. Granted.

HELEN C. PETERVARY, PETITIONER-RESPONDENT, v. E. I. DuPONT de NEMOURS & CO., INC., RESPONDENT-PETITIONER.

*Messrs. O'Brien, Brett & O'Brien,* for the petitioner.

*Mr. Herman M. Wilson,* for the respondent.

January 18, 1966. Denied.